# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:08CV543

| | |
|---|---|
| IN RE: )<br>    THOMAS W. HILL )<br>)<br>                    Debtor. )<br>)<br>THOMAS W. HILL, )<br>)<br>                    Appellant, )<br>)<br>      Vs. )<br>)<br>DAVID R. HILLIER, Bankruptcy )<br>Trustee, )<br>)<br>                    Appellee. ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on Appellant's *pro se* motion for reconsideration of this Court's order affirming the Order entered by the Bankruptcy Court and denying Appellant's motions for an evidentiary hearing and for the disqualification of the undersigned. **See Memorandum and Order, filed March 5, 2009; Motion for Reconsideration, filed March 8, 2009.**

The Court has examined Appellant's arguments and the provisions of Fed. R. Civ. P. 59 and concludes such arguments are without merit. Therefore, Appellant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that Appellant's motion for reconsideration is hereby **DENIED.**

Signed: March 16, 2009

Lacy H. Thornburg
United States District Judge